Form 8
(10/05)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Darryl Eugene Dixon**
      **Raye Jean Dixon**
                                    Debtor(s)

Case No.  **08-11825-AJM**
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 11026 Clearsprings Way, Indianapolis, Indiana 46239. Bedrooms 3 Bathrooms 2 1700 Square Feet | Citi Financial | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  **December 4, 2008**          Signature  **/s/ Darryl Eugene Dixon**
                                               **Darryl Eugene Dixon**
                                               Debtor

Date  **December 4, 2008**          Signature  **/s/ Raye Jean Dixon**
                                               **Raye Jean Dixon**
                                               Joint Debtor